UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

                 Plaintiff,       CV-04-1383 (LDW)(MLO)

         - against -

                                              **NOTICE OF**
                                              **VOLUNTARY DISMISSAL**

BRIDGEPORT PROFESSIONAL SPORTS, L.L.C., d/b/a
BRIDGEPORT SOUND TIGERS

                 Defendant.
---------------------------------------------------------x

PLEASE TAKE NOTICE, that Plaintiff New York Islanders Hockey Club, L.P. ("Islanders"), by and through its attorneys, Farrell Fritz, P.C., voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The Defendant Bridgeport Professional Sports, L.L.C., d/b/a Bridgeport Sound Tigers ("Sound Tigers") has neither served an Answer nor moved for summary judgment in this case. As such, this action is dismissed upon the filing of this Notice of Dismissal.

Dated: Uniondale, New York
          June 4, 2004

                                                   FARRELL FRITZ, P.C.

                            By: _____
                                   John P. McEntee
                                   David A. Scheffel
                                   Walter J. Johnson
                                   *Attorneys for Plaintiff*
                                      *New York Islanders Hockey Club, L.P.*
                                   EAB Plaza
                                   West Tower, 14th Floor
                                   Uniondale, New York 11556
                                   (516) 227-0700

FFDOCS1\580531.01

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

                  Plaintiff,                  CV-04- 01383  (LDW) (MLO)

      - against -                            **AFFIDAVIT OF SERVICE**

BRIDGEPORT PROFESSIONAL SPORTS, LLC, d/b/a
BRIDGEPORT SOUND TIGERS,

                  Defendant.
------------------------------------------------------------x

STATE OF NEW YORK      )
                              ) ss.:
COUNTY OF NASSAU     )

    I, Leroy Hamm, being duly sworn, depose and say:  I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

    On June 4, 2004, I served the within **NOTICE OF VOLUNTARY DISMISSAL** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth

    William J. McSherry, Jr.
    Arent Fox PLLC
    1675 Broadway
    New York, NY 10019

                                      _____
                                          Leroy Hamm

Sworn to before me this
4th day of June, 2004

_____
Notary Public
**MAURA EDNIE**
**NOTARY PUBLIC, State of New York**
**No. 01ED4971404**
**Qualified in Nassau County**
**Commission Expires September 4, 20**06

Docket No. CV 04 1383

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

                    Plaintiff,

- against -

BRIDGEPORT PROFESSIONAL SPORTS, L.L.C., d/b/a BRIDGEPORT SOUND TIGERS,

                    Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL**

---

FARRELL FRITZ, P.C.

*Attorneys for Plaintiff*

EAB PLAZA
UNIONDALE, NY 11556-0120
(516) 227-0700