# FARRELL FRITZ, P.C.

| | | |
|---|---|---|
| 290 Broad Hollow Road<br>Melville, NY 11747<br>Phone: (631) 547-8400<br>Fax: (631) 547-0501 | EAB Plaza<br>Uniondale, New York 11556-0120<br>PHONE: (516) 227-0700<br>FACSIMILE: (516) 227-0777<br>www.farrellfritz.com | 2488 Montauk Highway<br>P.O. Box 1980<br>Bridgehampton, NY 11932<br>Phone: (631) 537-3100<br>Fax: (631) 537-5049 |

June 4, 2004

JOHN P. MCENTEE
PARTNER
DIRECT DIAL: (516) 227-0608
DIRECT FAX: (516) 336-2219
jmcentee@farrellfritz.com

OUR FILE NUMBER
15903-104

**BY HAND**

The Honorable Leonard D. Wexler
United States District Judge
United States District Court
for the Eastern District of New York
1024 Federal Plaza
Central Islip, New York 11722

    Re:    *N.Y. Islanders Hockey Club v. Bridgeport Professional Sports,*
            04CV1383 (LDW)(MLO)

Dear Judge Wexler:

    In accordance with Rule 2.B of Your Honor's Individual Rules, Plaintiff New York Islanders Hockey Club, L.P. ("Islanders") submits this letter in response to the request of Defendant Bridgeport Professional Sports, L.L.C. d/b/a Bridgeport Sound Tigers ("Bridgeport") for a pre-motion conference in the above-captioned case.

    Plaintiff has voluntarily dismissed this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Enclosed is a copy of the Notice of Voluntary Dismissal that was recently filed with the Clerk of the Court. Accordingly, a pre-motion conference is not necessary.

                              Respectfully submitted,

                              John P. McEntee

Enclosure

cc:  Counsel of Record
      U.S.M.J. Michael L. Orenstein


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------x
NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

        Plaintiff,

- against -

BRIDGEPORT PROFESSIONAL SPORTS, L.L.C., d/b/a
BRIDGEPORT SOUND TIGERS

        Defendant.
------------------------------x

CV-04-1383 (LDW)(MLO)

**NOTICE OF**
**VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE, that Plaintiff New York Islanders Hockey Club, L.P. ("Islanders"), by and through its attorneys, Farrell Fritz, P.C., voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The Defendant Bridgeport Professional Sports, L.L.C., d/b/a Bridgeport Sound Tigers ("Sound Tigers") has neither served an Answer nor moved for summary judgment in this case. As such, this action is dismissed upon the filing of this Notice of Dismissal.

Dated: Uniondale, New York
      June 4, 2004

                      FARRELL FRITZ, P.C.

              By: _____
                   John P. McEntee
                   David A. Scheffel
                   Walter J. Johnson
                   *Attorneys for Plaintiff*
                     New York Islanders Hockey Club, L.P.
                   EAB Plaza
                   West Tower, 14th Floor
                   Uniondale, New York 11556
                   (516) 227-0700

FFDOCS1\580531.01

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

                Plaintiff,                            CV-04- 01383 (LDW) (MLO)

      - against -                           **AFFIDAVIT OF SERVICE**

BRIDGEPORT PROFESSIONAL SPORTS, LLC, d/b/a
BRIDGEPORT SOUND TIGERS,

                Defendant.
----------------------------------------------------------------x

STATE OF NEW YORK     )
                                  ) ss.:
COUNTY OF NASSAU     )

      I, Leroy Hamm, being duly sworn, depose and say: I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

      On June 4, 2004, I served the within **NOTICE OF VOLUNTARY DISMISSAL** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth

William J. McSherry, Jr.
Arent Fox PLLC
1675 Broadway
New York, NY 10019

                                                 */s/ Leroy Hamm*
                                                    Leroy Hamm

Sworn to before me this
4th day of June, 2004

*/s/ Maura Ednie*
Notary Public
MAURA EDNIE
NOTARY PUBLIC, State of New York
No. 01ED4971404
Qualified in Nassau County
Commission Expires September 4, 20 06

Docket No. CV 04 1383

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

                Plaintiff,

- against -

BRIDGEPORT PROFESSIONAL SPORTS, L.L.C., d/b/a BRIDGEPORT SOUND TIGERS,

                Defendant.

---

### NOTICE OF VOLUNTARY DISMISSAL

FARRELL FRITZ, P.C.

*Attorneys for Plaintiff*

EAB PLAZA
UNIONDALE, NY 11556-0120
(516) 227-0700