UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

       Plaintiff,    CV-04-1383 (LDW)(MLO)

- against -        **NOTICE OF**
               **VOLUNTARY DISMISSAL**
BRIDGEPORT PROFESSIONAL SPORTS, L.L.C., d/b/a
BRIDGEPORT SOUND TIGERS

       Defendant.
------------------------------------------------------------x

  PLEASE TAKE NOTICE, that Plaintiff New York Islanders Hockey Club, L.P. ("Islanders"), by and through its attorneys, Farrell Fritz, P.C., voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The Defendant Bridgeport Professional Sports, L.L.C., d/b/a Bridgeport Sound Tigers ("Sound Tigers") has neither served an Answer nor moved for summary judgment in this case. As such, this action is dismissed upon the filing of this Notice of Dismissal.

Dated: Uniondale, New York
   June 4, 2004

             FARRELL FRITZ, P.C.

      By: _____
         John P. McEntee (JM 4450)
         David A. Scheffel (DS 4035)
         Walter J. Johnson (WJ 9265)
         *Attorneys for Plaintiff*
          *New York Islanders Hockey Club, L.P.*
         EAB Plaza
         West Tower, 14th Floor
         Uniondale, New York 11556
         (516) 227-0700

SO ORDERED.

Dated: Central Islip, N.Y.
    7/6/2004

FFDOCS1\580531.01